# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 228 MAL 2015
:
                    Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
BILLY RAY ALLEN, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.